# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **TIMOTHY L SHAW #380943** | **CASE NO. 3:19-CV-00681 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JAMES LEBLANC** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation [Doc. No. 18] of the Magistrate Judge having been considered, together with the written Objection [Doc. No. 19] filed with this Court on March 12, 2020, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and judgment as recommended is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, [doc. # 1], **is DENIED and DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 13th day of March, 2020, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE